UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------X

ANDRES BRYAN,

        Plaintiff,

-against-

A.D.A ADRIENNE LLOYD, GEOVANA
REYES; DELIA SANTIAGO; TATYANA
PICO; DENICE VIVA; A.D.A. OLIVIA
ROSARIO,

        Defendants.
--------------------------------------X

NOT FOR ELECTRONIC OR PRINT PUBLICATION

MEMORANDUM AND ORDER
07-CV-01625 (ARR)



ROSS, United States District Judge:

On April 18, 2007, plaintiff filed this action *pro se* pursuant to 42 U.S.C. § 1983 alleging malicious prosecution. By Order dated May 17, 2007, the Court: (1) dismissed the City of New York as a defendant; (2) directed plaintiff to file an amended *in forma pauperis* application clarifying his financial resources; and (3) granted plaintiff leave to file an amended complaint. Plaintiff's June 7, 2007 submission of an amended complaint and an amended request to proceed *in forma pauperis* did not cure all of the deficiencies of the complaint. By Order dated June 20, 2007, the Court (1) denied *in forma pauperis* status;[1] (2) directed plaintiff to submit the $350 filing fee and (3) directed plaintiff to submit a Second Amended Complaint naming defendants in the caption within twenty (20) days of the Order. On July 5, 2007, plaintiff submitted a Second Amended Complaint complying with the Court's Order, but he has not paid the filing fee. Given plaintiff's *pro se* status, plaintiff is afforded an additional, but FINAL, twenty days from the date

---

[1] Plaintiff's amended *in forma pauperis* application indicates that he had twenty-five thousand dollars in financial resources.

1

of this Order to pay the filing fee of $350 to the Clerk of Court of the Eastern District of New York. Upon payment of the filing fee, the Clerk of Court shall prepare a summons for service of process. If plaintiff fails to submit the filing fee within the time allowed, the action shall be dismissed without prejudice.² The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: Brooklyn, New York
   July 24, 2007

/S/
Allyne R. Ross
United States District Judge

---

²Plaintiff is reminded that there is a three-year statute of limitations applicable to § 1983 claims based on malicious prosecution which begins to run when the underlying action is conclusively terminated, here November 9, 2004. Murphy v. Lynn, 53 F.3d 547, 548 (2d Cir. 1995); McEachin v. City of New York, No. 03-CV-6421, 2007 WL 952065, at *3 (E.D.N.Y. Mar. 29, 2007).

**SERVICE LIST:**

Pro Se Plaintiff

Andres Bryan
175 Irving Avenue
Apt. #1
Brooklyn, NY 11237

United States District Court
Eastern District of New York

Case # 07 CV 2501 (BMC) (LB)

Service was made upon the defendants:

Emilio Gonzalez
Michael Chertoff
Mary Ann Gantner

and a copy served to:

Roslyn Mauskopf
Alberto Gonzales



pursuant as to the Judge Lois Bloom's order. Service was executed on 7/6/07. Certified Mail Receipts are included in support of this.

Sincerely,
Marina Sirotkina
515 Ovington Ave Apt. 6D
Brooklyn NY 11209
(646) 331-1577
sirotkina@ibmpro.com

## U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7007 0220 0003 6720 5654

| | | |
|---|---|---|
| Postage | $0.41 | 0070 04 |
| Certified Fee | $2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.06 | 07/06/2007 |

Sent To: Emilio Gonzalez
Street, Apt. No.; or PO Box No.: U.S. Department of Homeland Security
City, State, ZIP+4: Washington DC 20528

PS Form 3800, August 2006

---

## U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7007 0220 0003 6720 5678

| | | |
|---|---|---|
| Postage | $0.41 | 0070 04 |
| Certified Fee | $2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.06 | 07/06/2007 |

Sent To: Roslyn Mauskopf
Street, Apt. No.; or PO Box No.: One Pierrepont Plaza
City, State, ZIP+4: Brookly NY 11201

PS Form 3800, August 2006

---

## U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7007 0220 0003 6720 5630

| | | |
|---|---|---|
| Postage | $0.41 | 0070 04 |
| Certified Fee | $2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.06 | 07/06/2007 |

Sent To: Alberto Gonzales, U.S. Attorney General
Street, Apt. No.; or PO Box No.: Constitution Ave & 10th St NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, August 2006

---

## U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7007 0220 0003 6720 5661

| | | |
|---|---|---|
| Postage | $0.41 | 0070 04 |
| Certified Fee | $2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.06 | 07/06/2007 |

Sent To: Mary Ann Ganther
Street, Apt. No.; or PO Box No.: 26 Federal Plaza
City, State, ZIP+4: New York 10278

PS Form 3800, August 2006

---

## U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7007 0220 0003 6720 5623

| | | |
|---|---|---|
| Postage | $4.60 | 0070 04 |
| Certified Fee | $2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.25 | 07/06/2007 |

Sent To: Lois Bloom, U.S. Magistrate Judge
Street, Apt. No.; or PO Box No.: 225 Cadman Plaza East Rm 730
City, State, ZIP+4: Brooklyn NY 11201

PS Form 3800, August 2006

---

## U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7007 0220 0003 6720 5647

| | | |
|---|---|---|
| Postage | $0.41 | 0070 04 |
| Certified Fee | $2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.06 | 07/06/2007 |

Sent To: Michael Chertoff
Street, Apt. No.; or PO Box No.: U.S. Department of Homeland Security
City, State, ZIP+4: Washington DC 20528

PS Form 3800, August 2006